UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Enid Amos,

       Plaintiff,                                      Index No. 13-CV-00584 (FJS)(CFH)

    -against-                                        **NOTICE OF VOLUNTARY**
                                                        **DISMISSAL PURSUANT TO**
Dynamic Recovery Solutions, LLC.            **F.R.C.P. 41 (a)(1)(A)(i)**

       Defendant.
---------------------------------------------------------X

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Enid Amos by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Dynamic Recovery Solutions, LLC.

Dated: July 10, 2013
       New York, New York

                                                    **FREDRICK SCHULMAN & ASSOCIATES**

                                                    BY: s/ JACOB J. SCHEINER

                                                    JACOB J.SCHEINER, Esq. (517972)
                                                    Fredrick Schulman & Associates
                                                    30 East 29th Street
                                                    New York, New York 10016
                                                    P: 212-796-6053
                                                    F: 212-951-7379
                                                    Attorneys for Plaintiff

**SO-ORDERED:**

_____
**Hon.** Frederick J. Scullin, Jr.

July 11, 2013